UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| THOMAS D. REGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:14-0143 |
| | ) | |
| GILES COUNTY, TENNESSEE BOARD | ) | Magistrate Judge Brown |
| OF EDUCATION, | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING CASE FOR TRIAL

1. **Trial Setting:** This case is set for jury trial on **April 26, 2016, at 9:30 a.m., in the Second Floor Courtroom, U.S. Courthouse, 815 South Garden Street, Columbia, Tennessee.**

2. **Pretrial Conference Setting:** A pretrial conference shall be held in **Courtroom 783, U.S. Courthouse, 801 Broadway, Nashville, Tennessee, at 2:00 p.m., on April 20, 2016.** Lead counsel for each party <u>must</u> attend the pretrial conference.

3. **Information Exchanged but not Filed:** By **April 19, 2016,** the parties shall exchange copies of exhibits and make available for examination by any opposing party the original of all exhibits. By this same date, the parties shall exchange designations of portions of depositions which are to be read into evidence during the case-in-chief. The parties should attempt to agree on additions to the designations necessary to put responses into context.

4. **Filings required prior to Pretrial Conference:** The following shall be filed by **April 15, 2016.**

    a. witness lists;

    b. exhibit lists (plaintiff's exhibits shall be premarked with numbers; defendant's exhibits shall be premarked with letters. The authenticity of exhibits should be stipulated to if at all possible. Failure to include an exhibit on this exhibit list will result in its not being admitted into evidence at trial, except upon a showing of good cause.);

    c. stipulations;

    d. an agreed set of jury instructions, in hard copy and

on IBM format, WordPerfect compatible disk (one instruction per page, with heading at the top);

e. alternative versions of instructions on which the parties cannot agree, with citations to authority;

f. an agreed jury verdict form (or alternatives if there is no agreement); and,

g. expert witness statements as described in Local Rule 39.01 (c), if applicable.

5. **Motions in Limine**: Motions in limine shall be filed by **April 6, 2016**. Responses shall be filed by **April 15, 2016**.

6. **Pretrial Order**: By **April 15, 2016**, the parties shall file a joint proposed Pretrial Order which shall contain the following:

a. a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings;

b. the jurisdictional basis for the action and whether jurisdiction is disputed;

c. a short summary of each party's theory (prepared by the party);

d. a listing of the contested issues of law, with a designation of whether the issue is for the jury or the judge; and,

e. a listing of known evidentiary disputes, including those involving deposition designations.

7. **Duration of Trial**: The trial of this case is expected to last **three (3)** days.

8. **Jury Costs**: If the case settles closer to trial than two business days, the cost of summoning the jury may be assessed against the parties.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

Case 1:14-cv-00143   Document 46   Filed 02/29/16   Page 2 of 2 PageID #: 491