**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **THOMAS D. REGEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 1:14-cv0143** |
| | ) | **Magistrate Judge Brown** |
| **VS.** | ) | |
| | ) | |
| **GILES COUNTY, TENNESSEE BOARD** | ) | |
| **OF EDUCATION** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

<u>**PLAINTIFF THOMAS D. REGEN'S NOTICE OF ACCEPTANCE**</u>
<u>**OF OFFER OF JUDGMENT**</u>

Pursuant to Federal Rule of Civil Procedure 68, plaintiff Thomas D. Regen gives notice that he accepts the attached Offer of Judgment served by defendant on April 6, 2016.  A final judgment should be entered against defendant Giles County, Tennessee Board of Education in favor of plaintiff Thomas D. Regen.

Respectfully Submitted:

/s/ Stephen W. Grace
Stephen W. Grace, TN No. 14867
Delain L. Deatherage, TN No. 22473
1019 16th Avenue, South
Nashville, Tennessee  37212
(615)  255-5225
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing Notice of Acceptance of Offer of Judgment with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record, including Robyn Beale Williams, Esq, Farrar & Bates, LLP, 211 Seventh Avenue North, Suite 500, Nashville, Tennessee 37219, this 18th day of April, 2016.

                                  /s/ Stephen W. Grace_____