UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| THOMAS D. REGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:14-cv-143 |
| v. ) | Magistrate Judge Brown |
| ) | **Jury Demand** |
| GILES COUNTY, TENNESSEE ) | |
| BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Plaintiff has accepted an offer of judgment under which judgment shall be taken against the Defendant in the amount of twenty thousand and one dollars ($20,001 inclusive of prejudgment interest) plus costs and reasonable attorneys' fees accrued to date. (Docket Entries 80 and 80-1). Acceptance of this offer of judgment shall result in dismissal of the entire action with prejudice. The Defendant's offer of judgment shall not be construed as an admission of liability for the defendant or an admission that the Plaintiff suffered any damages. The Court will retain jurisdiction to determine costs and attorneys' fees if the parties are unable to reach an agreement on the amounts.

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and Local Rule 68.01, the **CLERK** is directed to enter a Final Order of Judgment in this matter. The pretrial conference scheduled for April 20, 2016 and the trial scheduled for April 26-28, 2016 are **CANCELLED**, and all pending motions are **TERMINATED AS MOOT**.

It is so **ORDERED**.

s/ Joe B. Brown
Joe B. Brown
U.S. Magistrate Judge
