UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| Thomas D. Regen, ) | |
| ) | Case No. 1:14-cv-0143 |
| Plaintiff, ) | |
| ) | Magistrate Judge Brown |
| v. ) | |
| ) | |
| Giles County, Tennessee Board of Education ) | |
| ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

The Clerk hereby enters judgment pursuant to Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (Docket Entry No. 80) pursuant to Federal Rule of Civil Procedure 68. Pursuant to the terms of the Offer of Judgment (Docket Entry No. 80-1), judgment is hereby entered in favor of Plaintiff in the amount of $20,001 plus costs and reasonable attorney fees to be determined by the Court upon motion of the Plaintiff.

*s/ Keith Throckmorton*

Keith Throckmorton
Clerk of Court